IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRONE WATSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00171-MTT-AGH |
| | * |
| Commissioner TYRONE OLIVER, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 13th day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk